379 A.2d 624

Stoddard v. Scappatura, Appellant.

Argued December 8, 1976. John Barry Beemer, with him Beemer, Brier, Rinaldi & Fendrick, for appellant; Peter T. O'Malley, with him William R. Lee, for appellee.

Order affirmed.